1 | Jacob A. Schroeder (SBN 264717)
2 | jacob.schroeder@finnegan.com
  | FINNEGAN, HENDERSON, FARABOW,
  |   GARRETT & DUNNER, LLP
3 | 3300 Hillview Avenue
  | Palo Alto, CA  94304-1203
4 | Telephone:     (650) 849-6600
  | Facsimile:      (650) 849-6666
5
  | *Attorney for Plaintiff*
6 | Plantronics, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANTRONICS, INC. | CASE NO. |
| Plaintiff, | **PLAINTIFF'S PLANTRONICS, INC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL L.R. 3-15** |
| v. | |
| CALLPOD, INC., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 7.1 and Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.  No other publicly held entity owns 10% or more of the stock of Plantronics, Inc.

Dated: October 17, 2014

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP

By: */s/ Jacob A. Schroeder*
Jacob A. Schroeder (SBN 264717)
jacob.schroeder@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA  94304-1203
Telephone:(650) 849-6600
Facsimile: (650) 849-6666

Attorney for Plaintiffs
Plantronics, Inc.

CORPORATE DISCLOSURE STATEMENT