JACOB A. SCHROEDER (SBN. 264717)
jacob.schroeder@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

JASON MELVIN (*pro hac vice*)
jason.melvin@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
Telephone:    (202) 408-4000
Facsimile:    (202) 408-4400

Attorneys for Plaintiff
PLANTRONICS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANTRONICS, INC.,<br><br>              Plaintiff,<br><br>    v.<br><br>CALLPOD, INC.,<br><br>              Defendants. | CASE NO. 3:14-cv-04639-SI<br><br>STIPULATION REQUESTING A RESCHEDULING OF THE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER |

1   Plaintiff Plantronics, Inc. and Defendant Callpod, Inc. respectfully request that the Initial
2   Case Management Conference, currently scheduled for January 23, 2015 at 2:30 PM be rescheduled
3   for February 27, 2015 at 2:30 PM.  Good cause exists for this change because Callpod has filed a
4   motion to dismiss for lack of subject matter jurisdiction or, in the alternative, to stay pending the
5   outcome of *inter partes* review petitions involving four of the five patents-in-suit (Dkt. No. 19), and
6   the Court's resolution of that motion is likely to impact any schedule adopted in this case.  Callpod's
7   motion to dismiss or stay is currently before the Court with a noticed hearing date of January 23,
8   2015, at 9:00 AM.  Although Plantronics has opposed Callpod's request for a dismissal, Plantronics
9   joins in Callpod's request for a stay.  In light of the foregoing posture of the case, the parties
10  respectfully request that the Court postpone the Initial Case Management Conference until February
11  27, 2015.  The proposed order also reflects that all deadlines keyed off of the date of the Initial Case
12  Management (e.g., deadline for Initial Disclosures, deadline for filing Case Management Statement,
13  etc.) are similarly rescheduled to reflect this change.
14  By his signature below, counsel for Plantronics attests that Callpod concurs in the filing of
15  this document.

Dated: January 13, 2015                FINNEGAN, HENDERSON, FARABOW,
                                        GARRETT & DUNNER, LLP


                                       By:/s/ Jacob A. Schroeder
                                           Jacob A. Schroeder


                                           Jacob A. Schroeder (SBN. 264717)
                                           FINNEGAN, HENDERSON, FARABOW,
                                            GARRETT & DUNNER, LLP
                                           3300 Hillview Avenue
                                           Palo Alto, California 94304
                                           Telephone:(650) 849-6600
                                           Facsimile: (650) 849-6666

                                           JASON MELVIN (*pro hac vice*)
                                           jason.melvin@finnegan.com
                                           FINNEGAN, HENDERSON, FARABOW,
                                            GARRETT & DUNNER, LLP
                                           901 New York Avenue, NW
                                           Washington, DC  20001-4413
                                           Telephone:(202) 408-4000
                                           Facsimile: (202) 408-4400

                                           Attorneys for Plaintiff
                                           PLANTRONICS, INC.


                                       By:/s/  Dean D. Niro


                                           PETER L. ISOLA (SBN 144146)
                                           pisola@hinshawlaw.com
                                           DANIEL S. CLARK (SBN 221647)
                                           dclark@hinshawlaw.com
                                           HINSHAW & CULBERTSON LLP
                                           One California Street, 18th Floor
                                           San Francisco, CA 94111
                                           Telephone: 415-362-6000
                                           Facsimile: 415-834-9070

                                           DEAN D. NIRO (*pro hac vice*)
                                           dniro@nshn.com
                                           OLIVER D. YANG (*pro hac vice*)
                                           oyang@nshn.com
                                           NIRO, HALLER & NIRO
                                           181 West Madison, Suite 4600
                                           Chicago, IL 60602
                                           Telephone: 312-236-0733
                                           Facsimile: 312-236-3137

                                           Attorneys for Defendant
                                           CALLPOD, INC.

1 **[PROPOSED] ORDER**

2   PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED that the Initial Case

3 Management Conference, scheduled for January 23, 2015 at 2:30 PM has been rescheduled to

4 February 27, 2015 at 2:30 PM.  All other case-related deadlines keyed off of the Initial Case

5 Management Conference are similarly rescheduled to reflect this change.

7   Dated:   1/15/14   _____

  The Honorable Susan Illston
  United States District Judge