Peter L. Isola (SBN 144146)
pisola@hinshawlaw.com
Daniel S. Clark (SBN 221647)
dclark@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:    415-834-9070

NIRO, HALLER & NIRO
Dean D. Niro (*pro hac vice*)
dniro@nshn.com
Brian E. Haan (*pro hac vice*)
bhaan@nshn.com
Oliver D. Yang (*pro hac vice*)
oyang@nshn.com
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Telephone:   312-236-0733
Facsimile:    312-236-3137

Attorneys for Defendant
CALLPOD, INC.

**GRANTED**
Judge Susan Illston

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PLANTRONICS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>CALLPOD, INC.,<br><br>  Defendant. | Case No. 3:14-cv-04639-SI<br><br>Honorable Susan Illston<br><br>**STIPULATION OF DISMISSAL** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Plantronics, Inc. ("Plaintiff") and Defendant Callpod, Inc. ("Defendant") stipulate that each claim of Plaintiff against Defendant and each defense of Defendant against Plaintiff in this action shall be, and

1  hereby are, dismissed without prejudice, and that Plaintiff and Defendant shall each bear its own

2  costs and attorneys' fees.

3

4  Dated: February 11, 2015

5

   Respectfully submitted,

6

   /s/      Brian E. Haan                              /s/      Jason Melvin
7  Peter L. Isola (SBN 144146)                             *Signed with permission*
   pisola@hinshawlaw.com                          Jason Melvin *(pro hac vice)*
8  Daniel S. Clark (SBN 221647)                   jason.melvin@finnegan.com
   dclark@hinshawlaw.com                          FINNEGAN LLP
9  HINSHAW & CULBERTSON LLP                       901 New York Avenue, NW
   One California Street, 18th Floor              Washington, DC 20001-4413
10 San Francisco, CA 94111                        Phone: (202) 408-4000
   Telephone:     415-362-6000
11 Facsimile:     415-834-9070                    Jacob A. Schroeder (SBN 264717)
                                                  jacob.schroeder@finnegan.com
12 NIRO, HALLER & NIRO                            FINNEGAN LLP
   Dean D. Niro (*pro hac vice*)                  3300 Hillview Avenue
13 dniro@nshn.com                                 Palo Alta, CA  94304-1203
   Brian E. Haan (*pro hac vice*)                 Phone: (650) 849-6600
14 bhaan@nshn.com                                 Fax: (650) 849-6666
   Oliver D. Yang (pro hac vice)
15 oyang@nshn.com                                 Attorneys for Plaintiff
   181 West Madison, Suite 4600                   PLANTRONICS, INC.
16 Chicago, IL 60602-4515
   Telephone:     312-236-0733
17 Facsimile:     312-236-3137

18 Attorneys for Defendant
   CALLPOD, INC.
19

20

21

22

23

24

25  STIPULATION OF DISMISSAL  – CASE NO. 3:14-CV-04639-SI                                - 2 -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 11, 2015 the foregoing:

**STIPULATION OF DISMISSAL**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

| | |
|---|---|
| Jacob A. Schroeder (SBN 264717) | Jason Melvin *(pro hac vice)* |
| jacob.schroeder@finnegan.com | jason.melvin@finnegan.com |
| FINNEGAN LLP | FINNEGAN LLP |
| 3300 Hillview Avenue | 901 New York Avenue, NW |
| Palo Alta, CA  94304-1203 | Washington, DC 20001-4413 |
| Phone: (650) 849-6600 | Phone: (202) 408-4000 |
| Fax: (650) 849-6666 | |

Attorneys for Plaintiff PLANTRONICS, INC.

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

                                                     /s/ Brian E. Haan
                                                 Attorneys for Defendant
                                                 CALLPOD, INC.